```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23955
   DONALD HARRISON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3115


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/20/2007 and was not confirmed.

    The case was dismissed without confirmation 02/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------------
CITICORP TRUST BANK      CURRENT MORTG           .00           .00           .00
CITICORP TRUST BANK      SECURED NOT I      37570.87           .00           .00
SANTANDER CONSUMER USA   SECURED NOT I      29985.63           .00           .00
ASSET ACCEPTANCE LLC     UNSECURED            121.86           .00           .00
ASSET ACCEPTANCE LLC     UNSECURED            146.31           .00           .00
RJM ACQUISITIONS         UNSECURED            115.00           .00           .00
ROUNDUP FUNDING LLC      UNSECURED             63.93           .00           .00
ROUNDUP FUNDING LLC      UNSECURED            148.24           .00           .00
PRO SE DEBTOR            DEBTOR ATTY             .00                         .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                        --------------       --------------
TOTALS                        .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23955 DONALD HARRISON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                        PAGE  2
CASE NO. 07 B 23955 DONALD HARRISON